UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLOS WILLIAMS,

    Plaintiff,                                    Case No. 06-15276

v.                                              Hon. John Corbett O'Meara

AMERICAN AIRLINES,

    Defendant.
_____/

**ORDER OF DISMISSAL FOR LACK
OF SUBJECT MATTER JURISDICTION**

       Plaintiff Carlos Williams filed this action on November 29, 2006, alleging that American Airlines failed to compensate him for items in his lost luggage. Williams seeks approximately $3,000. Williams's complaint contains no allegations suggesting that this court has either federal question (such as a violation of federal law) or diversity jurisdiction, which requires an amount in controversy in excess of $75,000. See 28 U.S.C. §§ 1331, 1332.

       Because this court lacks subject matter jurisdiction over this action, IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED.


                                                s/John Corbett O'Meara
                                                United States District Judge

Dated: January 31, 2007

I hereby certify that a copy of the foregoing document was served upon Carlos Williams on this date, February 1, 2007, ordinary mail.

                                                s/William Barkholz
                                                Courtroom Deputy Clerk